Grant B.Smith, #658345 (*pro hac vice)*
Dennis, Corry, Porter & Smith, LLP
3535 Piedmont Road, NE
14 Piedmont Center, Suite 900
Atlanta, Georgia 30305
(404) 365-0102
(404) 365- 0134—fax
gbs@dcplaw.com

Loyd E. Smith, #5-2509
Meggan J. Hathaway, #7-4856
Murane & Bostwick, LLC
508 West 27th Street
Cheyenne, Wyoming 82001
(307) 634-7500
(307) 638-7882—fax
les@murane.com
mjh@murane.com

UNITED STATE DISTRICT COURT
DISTRICT OF WYOMING

| | |
|---|---|
| CONNIE LANGILLE AND PAUL E. LANGILLE,<br><br>Plaintiffs,<br><br>v.<br><br>TRANSCO, INC., KEITH PETER AND MCLANE FOOD SERVICE, INC.,<br><br>Defendants. | CIVIL ACTION<br>FILE NO.: 2:12-cv-00189-ABJ |

**DEFENDANTS' MOTION TO EXCLUDE CERTAIN EXPERT OPINIONS OF LEW GRILL AND JOHN DAILY UNDER DAUBERT AND RULE 702**

Defendants Transco, Inc., Keith Peter and McLane Food Service, Inc. move the Court to exclude certain expert opinions of Plaintiffs' truck safety/industry standard expert Lew Grill and accident reconstruction expert John Daily on the ground that the opinions lack a scientific foundation, the experts lack sufficient experience to give the opinions, and the opinions do not meet the requirements of Rule 702 of the Federal Rules of Evidence and Daubert v. Merrell Dow Pharmaceuticals, Inc., 509 U.S. 579 (1993).

These Defendants rely on their supporting Brief, the Plaintiff's Expert Disclosure of Lew

Grill, the Plaintiff's Expert Disclosure of John Daily, a copy of the deposition of Lew Grill (taken on September 13, 2013), a copy of the deposition of John Daily (taken on September 14, 2013), and all pleadings and discovery on file or to be filed with the Court.

DATED this 16th day of October, 2013.

DENNIS, CORRY, PORTER & SMITH, LLP

/s/ *Grant B. Smith*___
GRANT B. SMITH, ESQ.
Georgia Bar No. 658345
For the Firm
Attorney for Defendants Transco, Inc., Keith Peter and McLane Food Service, Inc.

3535 Piedmont Road, NE
14 Piedmont Center, Suite 900
Atlanta, Georgia 30305-4611
(404) 365-0102
Gbs@dcplaw.com

/s/ *Loyd E. Smith*
Loyd E. Smith, #5-2509
Meggan J. Hathaway, #7-4856
Murane & Bostwick, LLC
508 West 27th Street
Cheyenne, Wyoming 82001-3031
Phone: (307) 634-7500
Fax: (307) 638-7882
E-mail: les@murane.com
E-mail: mjh@murane.com

**CERTIFICATE OF SERVICE**

I sent this **DEFENDANTS' MOTION TO EXCLUDE CERTAIN EXPERT OPINIONS OF LEW GRILL AND JOHN DAILY UNDER DAUBERT AND RULE 702** to the following attorneys of record via electronic mail to the following attorneys of record:

John D. Bowers, Esq.
Bowers Law Firm, P.C.
685 South Washington
P.O. Box 1550
Afton, WY 83110-1550
*Attorneys for Plaintiffs*

Joseph A. Fried, Esq.
Richard P. Hamilton, Esq.
Fried Rogers Goldberg, LLC
3560 Lenox Road, N.E.
Suite 1250
Atlanta, Georgia 30326-6247
*Attorneys for Plaintiffs*

I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

**None.**

This the 16th day of October, 2013.

/s/ *Grant B. Smith*
GRANT B. SMITH, ESQ.